UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE AMEY BROWN,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br>　　　　　　　　　　Defendant. | Case No.: 3:19-cv-00267-H-BGS<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>[Doc. No. 3] |

On February 5, 2019 Plaintiff filed a complaint together with a motion to proceed in forma pauperis ("IFP"). (Doc. Nos. 1, 3.) Pursuant to 28 U.S.C. § 1915(a), a court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his assets, showing that he is unable to pay filing fees.

Here, in her motion to proceed IFP, Plaintiff submitted a complete affidavit that sufficiently shows that she lacks the financial resources to pay the filing fee. (Doc. No. 3.) The Court, for good cause shown, grants Plaintiff's motion to proceed IFP. The Court directs the Clerk to issue a summons as to Plaintiff's complaint (Doc. No. 1) upon Defendant and forward it to Plaintiff along with a blank U.S. Marshal Form 285.

Additionally, the Court directs the Clerk to provide Plaintiff with a certified copy of this order and a certified copy of the complaint and the summons for purposes of serving Defendant. Upon receipt of this "IFP Package," the Court directs Plaintiff to complete the Form 285 as completely and accurately as possible and to return them to the United States Marshal according to the instructions provided by the Clerk in the letter accompanying the IFP Package.

Thereafter, the Court orders the U.S. Marshal to serve a copy of the complaint and summons upon Defendant as directed by Plaintiff on the Form 285. All costs of service are to be advanced by the United States. See 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3). After proper service, the Court orders Defendant to respond to Plaintiff's complaint within the time provided by the applicable provisions of Federal Rule of Civil Procedure 12.

**IT IS SO ORDERED.**

DATED: February 19, 2019

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT